# United States District Court
## Violation Notice

**CVB Location Code:** M2

**Violation Number:** FBMF006S
**Officer Name:** Mcmullen
**Officer No.:** 2420

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 08/08/2025 18:30
**Offense Charged:** FED 36CFR261.5D
**Place of Offense:** Rock Creek Horse Camp

**Offense Description: Factual Basis for Charge**
Leaving a Fire

**HAZMAT:** ☐

FBMF006S

### DEFENDANT INFORMATION

**Phone:**
**Last Name:** Bozik
**First Name:** Claresa
**M.I.:** M

**Street Address:**
**City:** **State:** **Zip Code:** **Date of Birth (mm/dd/yyyy):**

**Drivers License No.:** **CDL:** ☐ **D.L. State:** **Social Security No.:**

Adult ☐ Juvenile ☐ Sex ☐ M ☐ F **Race** **Hair** **Eyes** **Height** **Weight**

### VEHICLE
**VIN:** **CMV:** ☐
**Tag No.:** **State:** **Year:** **Make/Model:** / **PASS:** ☐ **Color:**

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | | |
|---|---|---|
| | $ 250.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 280.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FBMF006S

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  08/08/2025  while exercising my duties as a law enforcement officer in the _____ District of  MT

Pursuant to 16USC 551: On 8/8/2025, I was on duty as a commissioned Law Enforcement Officer (LEO) with the United States Forest Service (USFS). I was in uniform and displaying a badge while operating a marked patrol vehicle within the Bitterroot National Forest, Ravalli County, Montana.

At approximately 1920 hours I was at Rock Creek Horse Camp when I observed a male and female adult with a small child walking near the sign board at the front of the campground. As I continued to patrol down the campground, I observed a campfire in a camp spot which was not being attended. I got out of my patrol vehicle and attempted to contact someone at the camp but no one was present. Eventually, the two adults and small child I had seen earlier came walking up to the camp and started it was their camp. The female told me she had briefly left the fire to meet the male and the child up the road. I identified the female as Claresa MADOLINE by her Montana drivers license.

I issued MADOLINE a citation for violating 36 CFR 261.5D-Leaving a Fire.

No further.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  08/08/2025
Date (mm/dd/yyyy)    Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:  _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident