SHANNON L. CLARKE
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329 Missoula
Missoula, MT 59807
101 E Front St, Ste 401
Missoula, MT 59802
Phone: (406) 542-8851
E-mail: shannon.clarke@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. CLARESA M. BOZIK, Defendant. | 9:25-PO-5109-KLD<br><br>Violation No: FBMF006S<br>Location Code: M2<br><br>MOTION TO DISMISS |
|---|---|

The United States of America, represented by Shannon L. Clarke, Assistant U.S. Attorney for the District of Montana, moves the Court for an order dismissing the above citation in the interest of justice and vacating all hearings.

///

///

///

///

1

A proposed order accompanies this motion.

DATED this 25th day of November, 2025

                                         KURT G. ALME
                                       United States Attorney

                                       */s/ Shannon L. Clarke*
                                       SHANNON L. CLARKE
                                       Assistant U.S. Attorney

# **CERTIFICATE OF SERVICE**

I hereby certify that on 25th day of November, 2025, a copy of the foregoing document was served on the following persons by the following means:

(1) CM/ECF
( ) Hand Delivery
( ) U.S. Mail
( ) Overnight Delivery Service
( ) Fax
(2) E-Mail


1. Clerk, U.S. District Court

2. Claresa Bozik


*/s/ Shannon L. Clarke*
SHANNON L. CLARKE
Assistant U.S. Attorney