# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLARESA M. BOZIK,<br><br>Defendant. | 9:25-PO-5109-KLD<br><br>Violation No: FBMF006S<br>Location Code: M2<br><br><br>ORDER |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced case is dismissed, and all future court dates are vacated.

Dated this 16th day of December, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1